## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No**. 1:15-mc-00169-JLK**

JADA LYLE, Individually and as Next
Friend of L.T., a minor child,

      Plaintiff,

  v.

24 HOUR FITNESS, USA, INC.,

      Defendant.

---

## ORDER

---

**Kane, J.**

Plaintiff's Motion to Quash or Modify *Subpoena Duces Tecum* to Sherryll Kraizer, Ph.D. (Doc.1) is GRANTED.  The *subpoena duces tecum* is modified to require defendant's expert, Sherryll Kraizer, Ph.D., to produce at her deposition only those books, papers, treatises, articles and other documents that are in her personal possession and that were used or referred to in her report in the instant case.

Should additional information be required by defendant's counsel, it must be particularized and good cause shown for its production at a continued date for the resumption of the deposition.

Dated at Denver, Colorado, this 25nd day of September, 2015.

BY THE COURT:

_____
JOHN L. KANE
SENIOR U.S. DISTRICT COURT JUDGE